UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER DEMILIO,

                Plaintiff,

-against-

SUPERINTENDENT CHRISTOPHER YEHL,

                Defendant.

25-CV-2809 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff, who is proceeding *pro se* and is currently incarcerated, commenced this action on April 2, 2025 by filing a petition for writ of habeas corpus which challenges the validity of his September 2021 conviction. ECF No. 1. Defendant filed an opposition to the habeas petition on May 20, 2025. ECF Nos. 9–11. To date, Plaintiff has yet to file any reply in further support of this petition.

    Given Plaintiff's *pro se* status, the Court will permit Plaintiff until **September 5, 2025** to file a reply memorandum in further support of his petition that addresses and responds to the arguments raised in Defendant's opposition papers at ECF Nos. 9, 10, and 11. Should Plaintiff fail to do so, the Court will treat the opposition as unopposed. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address provided on the docket.

Dated: August 6, 2025
       New York, New York

                                    SO ORDERED.

                                    JESSICA G. L. CLARKE
                                    United States District Judge