UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER DEMILIO,

                Plaintiff,

-against-

SUPERINTENDENT CHRISTOPHER YEHL,

                Defendant.

25-CV-2809 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff, who is proceeding *pro se* and is currently incarcerated, commenced this action on April 2, 2025 by filing a petition for writ of habeas corpus challenging the validity of his September 2021 conviction. ECF No. 1. Defendant filed an opposition to the habeas petition on May 20, 2025. ECF Nos. 9–11. By order dated August 6, 2025, the Court granted Plaintiff an extension to respond to Defendant's memorandum. ECF No. 13.

    Plaintiff has yet to file a reply. Instead, the Court recently received a letter from Plaintiff (which is attached to this Order) that (1) includes the application to proceed *in forma pauperis* previously filed at ECF No. 2; and (2) purportedly seeks to clarify that "in no way did [he] file an Actual Habeas motion" and requests additional time to file a "Federal Habeas Corpus motion" which he claims to still be working on.

    Plaintiff has already been granted leave to proceed *in forma pauperis* (*see* ECF No. 4), so that request is moot. Regarding Plaintiff's contentions regarding his habeas petition, he did, in fact, commence this case by filing such a petition, and the petition included stated bases for challenging his conviction. ECF No. 1. The Court therefore understands Plaintiff to essentially be asking for more time to file a supporting memorandum.

1

Given Plaintiff's *pro se* status, the Court will permit Plaintiff until **November 14, 2025** to file a memorandum that addresses and responds to the arguments raised in Defendant's opposition papers at ECF Nos. 9, 10, and 11 (which Plaintiff has confirmed he received), and which may include any additional items he claims to still be "working on." Should Plaintiff fail to do so, the Court will treat Defendant's opposition memorandum as unopposed.

The Court also permits Defendant to file a sur-reply to Plaintiff's memorandum, which is due by **December 5, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address provided on the docket.

Dated: September 22, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

United States District Court
Southern District of New York
Christopher DeMilio,
    Plaintiff,
- against -
Superintendent Christopher Yehl

Docket
25-cv-2809 (JGLC)

United States District Judge, JESSICA G.L. CLARKE,

    August 12, 2025 I received the ORDER sent out by the court August 6, 2025 to reply to the memorandum of law by Kirsten A. Rappleyea who is the attorney for the Dutchess County District Attorney. The ORDER permit the plaintiff until September 5, 2025 to reply to the memorandum.
    Enclosed is a copy of my 16 page Application to Proceed without Prepaying fees or Costs, not file a motion. In no way did I file a(n) Actual Habeas motion. After submitting this Application not Motion I received June 1, 2025 a package from the District Attorney containing the Memorandum of law along with all motions and outcomes from hearing to trial transcripts.
    I ask that such a request to reply to the District Attorney's Memorandum of law not be penalized against me because I did not file any motion because I am still working on it. Meaning my Federal Habeas Corpus motion that would be difficult to have complete by September 5, 2025. Extension of time requested.
    Thank you for attention to this ~~and~~ matter and look forward to hear from you in your earliest convenience.

                                         Truly Yours,
                                       Christopher DeMilio  21A2455
                                       Wende Correctional Facility
                                       Wende Rd. P.O. Box 1187
                                       Alden, New York 14004-1187

C.C. District Attorney Office
Kristen A. Rappleyea
236 Main Street
Poughkeepsie, NY 12601