UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER DEMILIO,
Plaintiff,

-against-

SUPERINTENDENT CHRISTOPHER YEHL,
Defendant.

25-CV-2809 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In ECF No. 15, Plaintiff stated an intention to pursue related claims in state court to exhaust the remedies available to him. For that reason, the Court HEREBY STAYS this action. *See Zarvela v. Artuz*, 254 F.3d 374, 380–82 (2d Cir. 2001). By **November 13, 2026**, Plaintiff is directed to inform the Court whether he has initiated the relevant proceedings. If he has, the Court will maintain the stay on this action and request routine status updates from Plaintiff. However, if Plaintiff has not initiated the relevant proceedings or otherwise fails to respond by November 13, 2026, the Court will dismiss this action without prejudice to Plaintiff's ability to reopen it in the future.

The Clerk of Court is directed to stay the case and mail a copy of this Order to Plaintiff.

Dated: October 19, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge